| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Armijo, Christina | 2. Court or Organization<br><br>District Court-New Mexico | 3. Date of Report<br><br>07/14/2006 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S.District Court Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>333 Lomas NW Suite 760<br>Albuquerque, New Mexico 87102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2006 JUL 18 A 11:59 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. 2005 | State of New Mexico Public Employees Judicial Retirement Plan (vested in 2001 and elegible to receive benefits at age 64) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Armijo, Christina | 07/14/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Attorney fees paid to me for services rendered prior to 1996 (owed at approx. $52.00 per month). | $ $1,167.00 |
| 2. 2005 | rent received from rental ▓▓▓▓▓ | $ 1,150.00 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒    NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Armijo, Christina | 07/14/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Credit Card | K |
| 2. AT&T Universal | Credit Card | J |
| 3. MasterCard | Credit Card | J |
| 4. WellsFargo | Credut Card | J |
| 5. Dillards | Credit Card | J |
| 6. Home Depot | Credit Card | J |
| 7. Del Norte CU | Credit Card | J |
| 8. | | |
| 9. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Armijo, Christina | 07/14/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Small Cap Stock Fund | | Dividend | J | T | | | | | |
| 2. Growth Fund of America A Mutual Fund | | Dividend | J | T | | | | | |
| 3. Vanguard Instl Index Fund inst | | Dividend | J | T | | | | | |
| 4. Income Fund of America Class A Mutual Fund | | Dividend | J | T | | | | | |
| 5. Fidelity Contrafund Mutual Fund | | Dividend | J | T | | | | | |
| 6. Americn Century Ultra 1c | | Dividend | J | T | | | | | |
| 7. Unimproved Real Property ▓▓County, New Mexico | | None | K | W | | | | | |
| 8. Undivided interest real property in San Miguel County, NM | | None | J | W | | | | | |
| 9. Account receivable from former client Matsuida | B | | J | W | | | | | |
| 10. New Mexico Public Employees Judicial Retirement Plan | | None | K | T | | | | | |
| 11. Wells Fargo checking | A | Interest | J | T | | | | | |
| 12. US-New Mexico Federal Credit Union | A | Interest | J | T | | | | | |
| 13. US New Mexico Federal Credit (x) see Part VIII | A | Interest | J | T | | | | | |
| 14. Del Norte Credit Union CD (x) see Part VIII | A | Interest | K | T | | | | | |
| 15. US New Mexic FederalCredit Union CD (x) see Part VIII | A | Interest | L | T | | | | | |
| 16. Del Norte Credit Union see Part VIII | A | Interest | J | T | | | | | |
| 17. | | None | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Armijo, Christina | 07/14/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | *If not exempt from disclosure* | | | |
| 18. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Armijo, Christina | 07/14/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

ADDITIONAL EXPLANATIONS:

III #2: I purchased a residence in 2005 and my sellers rented the property back from me for one month until their new residence was ready for occupancy. This was a one-time rental arrangement and will not re-occur in the future.

Part VII: #1-6: These mutual funds are part of the State of New Mexico Public Employee Deferred Compensation Plan administered in 2005 by Nationwide Retirement Solutions. The administrator was unable to tell me exactly what is requested in column B1 (amount of income). My last contribution was in 2001 when employed with the New Mexico Court of Appeals. I withdrew all monies from this account in May 2005 and closed the account. These entries reflect the funds in my account as of the Statement of Account dated June 2005. The current Vanguard fund was substituted by Nationwide for the former Vanguard 500 Index Fund. I have added the American Century Ultra 1c Fund because it was included in my closing statement with a notation that it had a value of 52 cents.

VII #11: In 2005 my relative died. Upon her death I acquired ownership of a modest checking account which had my name as a secondary owner. Prior to the relative's death, I had no control of the account. Upon her death, I took assumed ownership of the account and utilized the account for payment of expenses of the relative. The account was closed in 2006.

VII #12: This checking account was opened in my name in spring of 2005 at direction of relative (prior to her death), with funds belonging to her. Monies were used to pay expenses of last illness, including funeral and nursing home expenses and medical expenses.

VII #13: This is the same as #13 ($15,000 sum) referenced in the 2004 report. Upon my relative's death in March 2005 this account was given to me, and I acquired full ownership at that time.

VII # 14 & 15: I was named as a co-owner of certificate of deposit accounts at US-New Mexico Federal Credit Union and Del Norte Credit Union with another party, a close relative. During her lifetime (she died in March, 2005) I claimed no ownership interest in these accounts and did not control them. My close relative died in March 2005, and after her death, these monies were distributed in equal shares to me and my siblings as payments on death accounts. These are the same accounts as listed as #s 14 and 15 in 2004 report.

VII # 16: In reviewing my 2004 report, I noted that I inadvertently failed to include a reference to a Del Norte Credit Union savings account in my name. The value category is "C".

| Name of Person Reporting | Date of Report |
|---|---|
| Armijo, Christina | 07/14/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _July 14, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544